IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE MILBOURNE-HUNTER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 11-cv-2264 |
| OFFICER RUSSELL C. HITTLE; | : | |
| SUPERINTENDENT ANDREW W. CHAMBERS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of November, 2012, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 28), and the Plaintiff's Response (ECF No. 31), it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to close this case.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, C.J.